UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23594-ALTMAN-Reid

FRANCIS O. BOYER,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____)

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Francis O. Boyer, and Defendant, Hartford Life and Accident Insurance Company, by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

Dated: January 25, 2023

| | |
|---|---|
| By: */s/ Alexander A. Palamara*<br>ALEXANDER A. PALAMARA, ESQ.<br>Fla. Bar No.: 0037170<br>DELL & SCHAEFER<br>Attorneys for Plaintiff<br>2625 Weston Road<br>Weston, FL 33331<br>Ph. (954) 620-8300<br>Fax: (800) 380-6151<br>Alex@diattorney.com | By: */s/ Jonathan M. Fordin*<br>JONATHAN M. FORDIN, ESQ.<br>Fla. Bar No. 371637<br>SHUTTS & BOWEN LLP<br>Attorneys for Defendant<br>200 S. Biscayne Blvd., Suite 4100<br>Miami, FL 33131<br>Ph. (305) 347-7390<br>Fax: (305) 347-7790<br>jfordin@shutts.com |